No. 467. ARIZONA COPPER COMPANY, LTD., PLAINTIFF IN ERROR, *v.* THE STATE OF ARIZONA AT THE RELATION OF AND TO THE USE OF JOHN M. WEBSTER, TREASURER AND EX OFFICIO TAX COLLECTOR IN AND FOR THE COUNTY OF GREENLEE, STATE OF ARIZONA. In error to the Supreme Court of the State of Arizona. Motion to dismiss or affirm submitted May 17, 1915. Decided June 1, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Eustis* v. *Bolles,* 150 U. S. 361; *Yazoo & Miss. V. R. R.* v. *Brewer,* 231 U. S. 245; *Holden Land Co.* v. *Interstate Trading Co.,* 233 U. S. 536. *Mr.*

*Walter Bennett* for the plaintiff in error. *Mr. George J. Stoneman* and *Mr. Reese M. Ling* for the defendant in error.